B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF OKLAHOMA OKMULGEE DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Town Of Moffett** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **73-1230172** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **300 Grand Avenue Moffett, OK**     ZIP CODE **74946** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: **Sequoyah** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **300 Grand Avenue Moffett, OK**     ZIP CODE **74946** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below.) **Municipality**

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [x] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Town Of Moffett** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**Eastern District of Oklahoma** | Case Number:<br>**06-81060** | Date Filed:<br>**12/20/2006** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.44.4, ID 1393133976)*

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Town Of Moffett** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____ **X** _____ _____ Telephone Number (If not represented by attorney) _____ Date | **X** _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Chris W. Blankenship _____ **Chris W. Blankenship**      Bar No. **13572** **Blankenship Law Offices, PC P.O. Box 69 Stigler, OK 74462** Phone No. **(918) 967-8542**    Fax No. **(918) 967-5018** 10/22/2009 _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **Town Of Moffett** **X** /s/ Kathy Luper _____ Signature of Authorized Individual **Kathy Luper** _____ Printed Name of Authorized Individual **Chairman of the Board of Trustees** _____ Title of Authorized Individual 10/22/2009 _____ Date | _____ Address **X** _____ _____ Date Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

In re  **Town Of Moffett**                                Case No.

Chapter    9

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $25,350.00 | | |
| B - Personal Property | Yes | 9 | $52,400.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $190,495.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $231,640.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $238,630.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 35 | $77,750.00 | $660,765.00 | |

In re **Town Of Moffett**                                              Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 3 Lots<br>Lots 10, 11, and 12, in Block 3, Town of Moffett, Oklahoma, originally Fort Smith, Oklahoma | Fee Simple | | $25,000.00 | $4,500.00 |
| 3 Lots<br>Lots 7, 8, and 9 of Block 3 in the Town of Moffett, Oklahoma | Fee Simple | | $350.00 | $0.00 |
| Lot<br>Lot 2 & All Accretion Block 27, original Town of Moffett, State of Oklahoma | Fee Simple | | $0.00 | $0.00 |
| | | Total: | $25,350.00 | |

(Report also on Summary of Schedules)

In re **Town Of Moffett**                                                          Case No. _____
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  **Town Of Moffett**                                        Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Town Of Moffett**                                          Case No. _____
                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Crown Victoria | | $1,500.00 |
| | | 2001 Ford Crown Victoria - damaged | | $500.00 |

In re  **Town Of Moffett**                                    Case No. _____
                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 - Metal trash cans - office size | | $0.00 |
| | | Typewriter | | $50.00 |
| | | Window Fan | | $30.00 |
| | | Cannon Calculator | | $10.00 |
| | | Sentinal Gun Locker | | $150.00 |
| | | Sentry Combinatioin Safe | | $50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2001 Chevrolet Impala | | $1,000.00 |
| | | 2002 Chevrolet Impala - salvage unit | | $500.00 |
| | | 1999 Ford Crown Victoria | | $500.00 |
| | | 1998 Ford Crown Victoria - salvage unit | | $250.00 |
| | | Antique Chevrolet Gasoline Truck - non operational | | $400.00 |
| | | Antique Ford Fire Truck | | $0.00 |
| | | 1976 Ford Fire Truck | | $0.00 |
| | | 1989 Chevrolet Brush Truck | | $2,000.00 |
| | | New Holland Tractor | | $0.00 |
| | | Brush Hog Attachment | | $250.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Town Of Moffett**                                    Case No. _____
                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dixie Chopper Lawn Mower | | $3,000.00 |
| | | Riding Mower Cub Cadet - non operational | | $0.00 |
| | | New Holland Back Hoe | | $16,000.00 |
| | | 1985 Chevrolet Blazer - non operational | | $300.00 |
| | | Boat In-Board - non operational | | $0.00 |
| | | Boat Trailer | | $0.00 |
| | | Brush Hog pull behind w/motor | | $150.00 |
| | | AED - Automotated External Defibrillator | | $1,295.00 |
| | | Computer system | | $0.00 |
| | | Central Air Unit | | $1,000.00 |
| | | Hotel Type Air Unit - jail cell | | $200.00 |
| | | Tital Industrial Gas Generator | | $400.00 |
| | | Lap top computer - 14 years old | | $50.00 |
| | | 1980 Chevrolet Love Pickup | | $300.00 |
| | | 1973 Boat T-Bird | | $0.00 |
| | | Boat Trailer | | $0.00 |
| | | Brush Hog pull behind with motor | | $150.00 |
| | | AED Automated External Defibrillator | | $1,295.00 |
| | | E-Machine computer system | | $0.00 |

In re  **Town Of Moffett**                                        Case No.  _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Hotel Type Air Unit - Jail Cell | | $1,000.00 |
| | | Tital Industrial gas generator | | $200.00 |
| | | Lap Top computer - 14 years old | | $100.00 |
| | | 4 - Avaya business phones | | $200.00 |
| | | 2 - Inground cement storm cellars | | $3,000.00 |
| | | 1 - car hauling trailer with electric wench | | $1,300.00 |
| | | 2 - Sony camcorders | | $400.00 |
| | | 3 - Vertex Walkie Patrol Radios | | $450.00 |
| | | 2 - CMI portable breath testers - hand held machines | | $400.00 |
| | | CMI 5000D Intoxilyzer Machine | | $6,500.00 |
| | | Motorola Police Base Station Radio | | $0.00 |
| | | Lexmark fax machine | | $140.00 |
| | | Sony Television | | $0.00 |
| | | Sharp Television | | $100.00 |
| | | 3 Natural gas small heaters | | $300.00 |
| | | Sanyo Microwave | | $50.00 |
| | | 3 - Paper shredders | | $20.00 |
| | | 2 - Baby monitors | | $20.00 |
| | | 2 - Wooden desks | | $100.00 |

In re  **Town Of Moffett**                              Case No.  _____
                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 10 - Black metal folding chairs | | $100.00 |
| | | 2 - Folding tables | | $100.00 |
| | | 2 - Wooden chairs | | $50.00 |
| | | 5 - Office desk chairs | | $150.00 |
| | | Emerson VCR | | $50.00 |
| | | DTS DVD Player | | $50.00 |
| | | 3 Computer desks | | $150.00 |
| | | 7 - Metal filing cabinets | | $350.00 |
| | | Computer printer | | $60.00 |
| | | Police Department Uniforms - used | | $0.00 |
| | | Floor electric heater | | $40.00 |
| | | Finger print kit | | $60.00 |
| | | 4 - Metal benches | | $200.00 |
| | | Wooden picnic table | | $90.00 |
| | | American flag | | $20.00 |
| | | Oklahoma flag | | $20.00 |
| | | 2 - police radios in patrol units | | $300.00 |
| | | 2 - police car cage inserts | | $0.00 |
| | | Tornado siren | | $0.00 |

In re  **Town Of Moffett**                    Case No. _____
                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Security camera system | | $0.00 |
| | | Fuji Digital Camera | | $0.00 |
| | | 2 - Alltel cell phones | | $0.00 |
| | | Haier refrigerator | | $80.00 |
| | | Metal flag pole | | $80.00 |
| | | 3 - AC window units | | $0.00 |
| | | Child pool | | $80.00 |
| | | Canopy tent | | $200.00 |
| | | 2 - Cloth office chairs | | $60.00 |
| | | Colt M-16 | | $1,500.00 |
| | | Ruger Mini 14 | | $600.00 |
| | | 4 - Glock Model 17 - 9mm | | $1,600.00 |
| | | 2 - X-26 Tazer | | $800.00 |
| | | 3 - Nirinco Shotgun | | $0.00 |
| | | 2 - Remington Shotguns | | $0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re  **Town Of Moffett**                                    Case No.  _____
                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |
| | | __8__ continuation sheets attached | **Total  >** | **$52,400.00** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Town Of Moffett**                                  Case No. _____
                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

In re **Town Of Moffett**   Case No. _____
                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**First Government Lease Co**<br>**Marty Michonski**<br>**6551 North Kenton**<br>**Lincolnwood, IL 60712** | | DATE INCURRED:   **2002**<br>NATURE OF LIEN:<br>**Lease to Own**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br><br>VALUE:                    **$0.00** | | | | **$177,030.00** | **$177,030.00** |
| **Representing:**<br>**First Government Lease Co** | | **First Goverment Leasing Company**<br>**PO Box 59339**<br>**Chicago, IL 60659** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **6001**<br><br>**First National Bank of Sallisaw**<br>**1720 East Cherokee**<br>**Sallisaw, OK 74955** | | DATE INCURRED:    **04/2005**<br>NATURE OF LIEN:<br>**Lease Purchase**<br>COLLATERAL:<br>**New Holland Tractor and Rhino Brushhog**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$8,965.00** | **$8,965.00** |
| **Representing:**<br>**First National Bank of Sallisaw** | | **First National Bank of Sallisaw**<br>**100 East Ray Fine Blvd**<br>**Roland, OK 74954** | | | | **Notice Only** | **Notice Only** |
| | | Subtotal (Total of this Page) > | | | | **$185,995.00** | **$185,995.00** |
| | | Total (Use only on last page) > | | | | | |

_____ **1** _____continuation sheets attached

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Town Of Moffett**                                    Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **Representing:** **First National Bank of Sallisaw** | | **Robert Inglish** **Inglish & Gaither** **PO Box 130** **Okmulgee, OK 74447-0130** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **Roberts Salvage Inc** **PM Box 83** **Moffett, OK 74946** | | DATE INCURRED: NATURE OF LIEN: **Purchase Money** COLLATERAL: **3 Lots** REMARKS:<br><br>VALUE:          **$25,000.00** | | | | **$4,500.00** | |
| **Representing:** **Roberts Salvage Inc** | | **Billy G Roberts, Registered Agent** **Route 2, Box 4086** **Roland, OK 74954** | | | | **Notice Only** | **Notice Only** |
| **Representing:** **Roberts Salvage Inc** | | **Gean Gean & Gean** **511 Garrison Avenue** **Fort Smith, AR 72901** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Amount | Unsecured |
|---|---|---|
| Subtotal (Total of this Page) > | **$4,500.00** | **$0.00** |
| Total (Use only on last page) > | **$190,495.00** | **$185,995.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Town Of Moffett**                                        Case No. _____

                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Town Of Moffett**                                          Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Staff**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED: **2000/2006**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$186,000.00** | **$186,000.00** | **$0.00** |
| **Representing:**<br>**Internal Revenue Service** | | **Internal Revenue Service**<br>**Special Procedures Staff**<br>**55 North Robinson, Stop 5024**<br>**Oklahoma City, OK 73102-0000** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: **xx-xxx1450**<br>**Oklahoma Employment Security Commiss**<br>**PO Box 53039**<br>**Oklahoma City, OK 73152-3039** | | DATE INCURRED: **2000-2006**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$1,765.00** | **$1,765.00** | **$0.00** |
| ACCT #: **x172F**<br>**Oklahoma Tax Commission**<br>**Bankruptcy Section**<br>**General Counsel's Office**<br>**120 North Robinson, Ste 2000**<br>**Oklahoma City, OK 73102** | | DATE INCURRED: **2000/2006**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$25,000.00** | **$25,000.00** | **$0.00** |
| **Representing:**<br>**Oklahoma Tax Commission** | | **Oklahoma Tax Commission**<br>**440 South Houston, Suite 501B**<br>**Tulsa, OK 74127-0000** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: **xx-xxx0172**<br>**Social Security Administration**<br>**Metro West**<br>**PO Box 330221**<br>**Baltimore, MD 21290-0221** | | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$18,875.00** | **$18,875.00** | **$0.00** |

Sheet no. ___1___ of ___1___ continuation sheets     **Subtotals (Totals of this page) >** | **$231,640.00** | **$231,640.00** | **$0.00** |

attached to Schedule of Creditors Holding Priority Claims     **Total >** | **$231,640.00** | | |

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

**Totals >** | | **$231,640.00** | **$0.00** |

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Town Of Moffett**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Action Radio & Cell**<br>**7611 S Orange Blossom Trail, #220**<br>**Orlando, FL 32809** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$250.00** |
| ACCT #:<br>**Affordable Wiping Rags & Cloths**<br>**PO Box 1491**<br>**Simpsonville, SC 29681-2824** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxx0744**<br>**Alltel Communications**<br>**Bldg 4, 5th Floor**<br>**One Allied Dr**<br>**Little Rock, AR 72202** | | DATE INCURRED:    **2006**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,290.00** |
| **Representing:**<br>**Alltel Communications** | | **AFNI, Inc.**<br>**Attn:  DP Recovery**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | | **Notice Only** |
| ACCT #:  **xxxxxx7868**<br>**Alltel Communications**<br>**Bldg 4, 5th Floor**<br>**One Allied Dr**<br>**Little Rock, AR 72202** | | DATE INCURRED:    **2006**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,310.00** |
| **Representing:**<br>**Alltel Communications** | | **AFNI, Inc.**<br>**Attn:  DP Recovery**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | | **Notice Only** |
| | | Subtotal > | | | | **$2,850.00** |
| | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**18**_____continuation sheets attached

In re **Town Of Moffett**        Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0858**<br>**Alltel Communications**<br>**Bldg 4, 5th Floor**<br>**One Allied Dr**<br>**Little Rock, AR 72202** | | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$835.00** |
| Representing:<br>**Alltel Communications** | | **AFNI, Inc.**<br>**Attn: DP Recovery**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | | **Notice Only** |
| ACCT #:<br>**American Aluminum Accessories**<br>**3291 US 19 South**<br>**Perry, FL 32347** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,440.00** |
| ACCT #:<br>**Angela Hill**<br>**Attn: Frank**<br>**4051 Highway 375 West**<br>**Mena, AR 71953** | | DATE INCURRED:<br>CONSIDERATION:<br>**Bonded Amount**<br>REMARKS: | | | | **$1,495.00** |
| Representing:<br>**Angela Hill** | | **Frank Sullivan III**<br>**3015 Danask LW**<br>**Alma, AR 72921** | | | | **Notice Only** |
| Representing:<br>**Angela Hill** | | **Sullivan & Sullivan PLLC**<br>**PO Box 768**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |

Sheet no. ___**1**___ of ___**18**___ continuation sheets attached to           Subtotal >     **$3,770.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**          Case No. _____

                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxx8321**<br>**AT&T Wireless**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$735.00** |
| **Representing:**<br>**AT&T Wireless** | | **AFNI, Inc.**<br>**Attn: DP Recovery**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | | **Notice Only** |
| ACCT #:<br>**AWA Collections**<br>**PO Box 6605**<br>**Orange, CA 92863-3690** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$16,185.00** |
| ACCT #:<br>**Barry Saltus**<br>**500 Sequoyah Trail**<br>**Norman, OK 73071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$400.00** |
| ACCT #:<br>**Bill Ed Rogers**<br>**129 East Choctaw**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bryan Yandell**<br>**PO Box 191**<br>**Moffett, OK 74946** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$7,500.00** |

Sheet no. _____**2**_____ of _____**18**_____ continuation sheets attached to           Subtotal >     **$24,820.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                         Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Town Of Moffett**                                    Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Caine & Weiner Global Finance**<br>**1941 Bishop Lane #662**<br>**Louisville, KY 40218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,760.00** |
| ACCT #:<br>**Carl Piersant**<br>**20603 State Highway #83**<br>**Howe, OK 74940** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Carl Piersant Sr**<br>**Estate of Ruby Piersant**<br>**Homer Arry Road**<br>**Howe, OK 74940** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Charles Tucker**<br>**901 N Albert Pike**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Charles Tucker** | | **Charles Tucker**<br>**3702 N 37th Street**<br>**Fort Smith, AR 72901** | | | | **Notice Only** |
| ACCT #:<br>**Cheyenne Gentlemens Club**<br>**PO Box 1185**<br>**US Highway 64**<br>**Roland, OK 74954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____3____ of ____18____ continuation sheets attached to                     Subtotal >          **$4,760.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Town Of Moffett**                                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Cheyenne Gentlemens Club** | | **Frank Sullivan III** 3015 Danask LW Alma, AR 72921 | | | | **Notice Only** |
| ACCT #: **Chris Gossett** RR 2 Box 352 Muldrow, OK 74948 | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **Unknown** |
| **Representing: Chris Gossett** | | **Dan George** PO Box 740 1015 B Redwood Sallisaw, OK 74955 | | | | **Notice Only** |
| ACCT #: **Christopher Ledesma** 1001 South O Street Fort Smith, AR 72901 | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **$1,270.00** |
| ACCT #: **xxxxxxx42-M4** **CompSource Oklahoma** PO Box 53505 Oklahoma City, OK 73152-3505 | | DATE INCURRED: CONSIDERATION: **Deficiency** REMARKS: | | | | **$16,890.00** |
| ACCT #: **Craig Tirey** 300 Will Hollow Trail Edmond, OK 73003 | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **$150.00** |

Sheet no. ____**4**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$18,310.00** |
| Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

In re **Town Of Moffett**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Crystal Wymore**<br>**926 Clifton Court**<br>**Fort Smith, AR 72903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Crystal Wymore** | | **Dan George**<br>**PO Box 740**<br>**1015 B Redwood**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |
| ACCT #:<br>**CST Co / CMI**<br>**PO Box 224768**<br>**Dallas, TX 75247** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$700.00** |
| ACCT #:<br>**DCS Communications**<br>**6637 Old Harrison Lane**<br>**Fort Smith, AR 72916-9299** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx7403**<br>**Dell Inc**<br>**One Dell Way**<br>**Bldg 1, MS 8052**<br>**Round Rock, TX 78682** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,205.00** |
| ACCT #:<br>**Derek Tinson**<br>**1417 North 19th Street**<br>**Fort Smith, AR 72904** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$300.00** |

Sheet no. ____5____ of ____18____ continuation sheets attached to                                    Subtotal >          **$4,205.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Town Of Moffett**                                Case No. _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Donnie & Sherry Yardell**<br>**PO Box 147**<br>**Moffett, OK 74946** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Edwards Auto Parts**<br>**PO Box 884**<br>**Roland, OK 74954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$225.00** |
| ACCT #:<br>**Elena Valderas/Hugo**<br>**3908 Bradley**<br>**Fort Smith, AR 72904** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$300.00** |
| ACCT #:<br>**Enterprise Rent-a-Car Leasing**<br>**5604 South 14th**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Rental**<br>REMARKS: | | | | **$515.00** |
| ACCT #:<br>**Estate of Billy D. Yandell**<br>**PO Box 191**<br>**Moffett, OK 74946** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Focus Receivable Managment**<br>**1130 Northchase Parkway, Ste**<br>**Marietta, GA 30067** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,120.00** |

Sheet no. ____6____ of ____18____ continuation sheets attached to     Subtotal >     **$2,160.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                           Total >
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Town Of Moffett**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx1200**<br>**Ford Motor Credit**<br>**PO Box 55000 Dept 55953**<br>**Detroit, MI 48255-0953** | | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Deficiency**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Full Circle**<br>**PO Box 1308**<br>**Roland, OK 74954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$100.00** |
| ACCT #:<br>**GE Money Bank**<br>**PO Box 105985**<br>**Atlanta, GA 30348** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Harry Scoufos, IV**<br>**Attorney at Law**<br>**PO Box 787**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx6830**<br>**Home Depot Citibank**<br>**PO Box 530919, Dept. 51**<br>**Atlanta, GA 30353-0919** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$14,890.00** |
| **Representing:**<br>**Home Depot Citibank** | | **DCM Services LLC**<br>**4150 Oldon Memorial Hwy Ste 200**<br>**Minneapolis, MN 55422-4811** | | | | **Notice Only** |

Sheet no. ____**7**____ of ____**18**____ continuation sheets attached to                    Subtotal >    | **$14,990.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                              **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: **Home Depot Citibank** | | **Pro Consulting Services Inc** <br> **PO Box 66768** <br> **Houston, TX 77266-6768** | | | | **Notice Only** |
| Representing: **Home Depot Citibank** | | **United Collection Bureau Inc** <br> **5620 Southwyck Blvd Ste 206** <br> **Toledo, OH 43614** | | | | **Notice Only** |
| ACCT #: <br> **Hugh Teague** <br> **Rt 1 Box 148-C** <br> **Sallisaw, OK 74955** | | DATE INCURRED: <br> CONSIDERATION: <br> **Court Refund** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Imprimatur Press** <br> **1349 Empire Central Drive, Ste LB 37** <br> **Dallas, TX 75247** | | DATE INCURRED: <br> CONSIDERATION: <br> **Advertising** <br> REMARKS: | | | | **$280.00** |
| ACCT #: <br> **Inland Finance Company** <br> **PO Box 1323** <br> **Des Moines, IA 50305-1323** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$3,540.00** |
| ACCT #: <br> **James J Wadkins** <br> **Attn: Frank Sullivan III** <br> **3015 Danask Lane** <br> **Alma, AR 72921** | | DATE INCURRED: <br> CONSIDERATION: <br> **Court Refund** <br> REMARKS: | | | | **Unknown** |

Sheet no. ____8____ of ____18____ continuation sheets attached to          Subtotal > | **$3,820.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                    Case No. _____

                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jason Gilkey**<br>**Attn: Frank Sullivan III**<br>**615 North 30th Street**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Jason Honeycutt**<br>**dba Hatpack**<br>**PO Box 58**<br>**Moffett, OK 74946** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Joel Sedalco**<br>**84 Crumley Street**<br>**Guymon, OK 73942** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$300.00** |
| ACCT #:<br>**Joseph Woodard**<br>**4118 North 50th Apt 15**<br>**Fort Smith, AR 72903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Karen Philpot**<br>**PO Box 991**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Karen Philpot** | | **Dan George**<br>**PO Box 740**<br>**1015 B Redwood**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |

Sheet no. ____9____ of ____18____ continuation sheets attached to                    Subtotal >               **$300.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
                                    (Use only on last page of the completed Schedule F.)
                          (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

In re    **Town Of Moffett**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kendrix D Cox**<br>**Attn:  Frank Sullivan III**<br>**2703 Carr Circle**<br>**Newport, AR 72112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Keri Horn**<br>**7601 South 225th E Ave**<br>**Broken Arrow, OK 74014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Keys Wrecker**<br>**Route 1 Box 698**<br>**Roland, OK 74954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$95.00** |
| ACCT #:<br>**Kimberly Ann Smith**<br>**PO Box 112**<br>**Booneville, AR 72927** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Lana Lambrousse**<br>**Attn:  Dan George**<br>**4901 St Andrews Way, Apt 19**<br>**Booneville, AR 72927** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Lee Langston**<br>**540 East 8th Street**<br>**Waldron, AR 72958** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___**10**___ of ___**18**___ continuation sheets attached to        Subtotal >        **$95.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                        **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                        Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lesa Qualls**<br>**901 North Albert Pike**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Lesa Qualls** | | **Dan George**<br>**PO Box 740**<br>**1015 B Redwood**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |
| ACCT #:<br>**Lorenzo Shade**<br>**707 South Chestnut**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$130.00** |
| ACCT #:<br>**Lowe's Commercial Services**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$4,905.00** |
| **Representing:**<br>**Lowe's Commercial Services** | | **GE Money Bank / Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | | | | **Notice Only** |
| ACCT #:<br>**Melissa R Davis**<br>**7237 North State Hwy 23**<br>**Magazine, AR 72943** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___11___ of ___18___ continuation sheets attached to                    Subtotal >        **$5,035.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Town Of Moffett**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Miranda Holderfield**<br>**15501 Monarch Lane**<br>**Edmond, OK 73013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Miranda Holderfield** | | **Dan George**<br>**PO Box 740**<br>**1015 B Redwood**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |
| ACCT #:<br>**NCO Financial**<br>**23221 East La Pama Avenue**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$4,560.00** |
| ACCT #:<br>**Nikki D. Fuller**<br>**1400 North Grand Avenue**<br>**Tahlequah, OK 74464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgement**<br>REMARKS: | | | | **$1,690.00** |
| ACCT #:<br>**Nolvin Diaz**<br>**4616 Jenny Lind, #25**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$300.00** |
| ACCT #:  **x-xxxxxxx/xx-xxx971-S**<br>**Oklahoma Criminal Justice Resource Cntr**<br>**3812 North Santa Fe, Ste 290**<br>**Oklahoma City, OK 73118** | | DATE INCURRED:     **2007**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,780.00** |

Sheet no. ____**12**____ of ____**18**____ continuation sheets attached to                Subtotal >        **$8,330.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                         Total >
                                                   **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                      Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-xx-x6949**<br>**Oklahoma Department of Env Quality**<br>**PO Box 1677**<br>**Oklahoma City, OK 73101-1677** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Oklahoma Municipal Assurance Group-OMAG**<br>**4130 North Lincoln Blvd**<br>**Oklahoma City, OK 73105-5209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$395.00** |
| ACCT #:<br>**Padco, Lease Corp**<br>**100 West Monroe, Ste 706**<br>**Chicago, IL 60603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Patrick Drake**<br>**809 North After Avenue**<br>**Broken Arrow, OK 74012** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$520.00** |
| ACCT #:<br>**Paymasters Inc**<br>**1311 Fort Street, Ste A**<br>**Barling, AR 72923** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**PEI Communications**<br>**6007 South 31st Street**<br>**Fort Smith, AR 72908** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$95.00** |

Sheet no. ____**13**____ of ____**18**____ continuation sheets attached to          Subtotal >          **$1,010.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Town Of Moffett**                                                     Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Premier Magnetics**<br>**PO Box 876913**<br>**Kansas City, MO 64187-6913** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$230.00** |
| ACCT #:<br>**PRXYBYSZ & Associates CPA**<br>**3808 Jenny Line Road**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,325.00** |
| ACCT #:  **xx-xx-x0788**<br>**Rebecca Ann Sykes**<br>**Route 2, Box 7007**<br>**Muldrow, OK 74948** | | DATE INCURRED:   **2007**<br>CONSIDERATION:<br>**Law Suite**<br>REMARKS: | | | | **$125,000.00** |
| **Representing:**<br>**Rebecca Ann Sykes** | | **Frank Sullivan III**<br>**3015 Danask LW**<br>**Alma, AR 72921** | | | | **Notice Only** |
| **Representing:**<br>**Rebecca Ann Sykes** | | **Sullivan & Sullivan PLLC**<br>**PO Box 768**<br>**Sallisaw, OK 74955** | | | | **Notice Only** |
| ACCT #:<br>**Recovery Management Systems Corp**<br>**25 SE 2nd Ave, Ste 1120**<br>**Miami, FL 33131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**14**____ of ____**18**____ continuation sheets attached to                                    Subtotal >      |  **$126,555.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                   **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Town Of Moffett**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard I Atlas PC**<br>**PO Box 894**<br>**Glenview, IL 60025-0894** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Richard Lindsey**<br>**113 Cherokee Blvd**<br>**Roland, OK 74954** | | DATE INCURRED:    **2009**<br>CONSIDERATION:<br>**Property Issues**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Robert B Traub**<br>**1500 Portage Run**<br>**Glenview NAS, IL 60026** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Robert K Pratt**<br>**Fabian & Associates Inc PC**<br>**Court Plaza Bldg, Ste 700**<br>**228 Roberts Kerr**<br>**Oklahoma City, OK 73102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$610.00** |
| ACCT #:<br>**Robert Yandell**<br>**PO Box 191**<br>**Moffett, OK 74946** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Roll Off Service**<br>**c/o Scott Waddell**<br>**PO Box 1157**<br>**Lowell, AR 72745** | | DATE INCURRED:    **2006**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$5,830.00** |

Sheet no. ____**15**____ of ____**18**____ continuation sheets attached to          Subtotal >          | **$6,440.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                          Case No. _____
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Roll Off Service** | | **Roll Off Service** **PO Box 1700** **Lowell, AR 72745** | | | | **Notice Only** |
| ACCT #: **Samuel Houston** **5223 East Highway 45** **Fort Smith, AR 72901** | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **$150.00** |
| ACCT #: **Sandi Peirsant** **20603 State Highway #83** **Howe, OK 74940** | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **Unknown** |
| ACCT #: **Sandra Teague** **PO Box 1179** **Roland, OK 74954** | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **Unknown** |
| ACCT #: **Shawn Billy Joe Rogers** **1711 South Jackson** **Fort Smith, AR 72901** | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **Unknown** |
| ACCT #: **Siharath Khamsonl** **3801 Wirsing Avenue** **Fort Smith, AR 72904** | | DATE INCURRED: CONSIDERATION: **Court Refund** REMARKS: | | | | **$300.00** |

Sheet no. ____**16**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     **$450.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxx4016**<br>**Sprint**<br>**PO Box 219554**<br>**Kansas City, MO 64121-9554** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$3,525.00** |
| **Representing:**<br>**Sprint** | | **GC Services**<br>**6330 Gulfton**<br>**Houston, TX 77081-0000** | | | | **Notice Only** |
| ACCT #:<br>**Stephen L. Ramm**<br>**825 South Kerr Blvd, Ste 84**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Supreme Printing & Stationery**<br>**6954 East 13th Street**<br>**Tulsa, OK 74112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$340.00** |
| ACCT #:<br>**Tape Resources Inc**<br>**1236 B Baker Road**<br>**Virginia Beach, VA 23455-3602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$275.00** |
| ACCT #:<br>**The Transmission Shop**<br>**PO Box 332**<br>**Gans, OK 74936-0332** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,135.00** |

Sheet no. ____**17**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$5,275.00**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Time Stripping Inc**<br>**PO Box 1236**<br>**Van Buren, AR 72957** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$105.00** |
| ACCT #:<br>**Timmy Nibleit**<br>**215 North 15th Street**<br>**Van Buren, AR 72956** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$200.00** |
| ACCT #:<br>**Titan Industrial**<br>**Box 791-CC**<br>**Travelers Rest, SC 29690** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,850.00** |
| ACCT #:<br>**Todd R Blanton**<br>**Attn:  Frank Sullivan III**<br>**Route 1, Box 1168**<br>**Roland, OK 74954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Vance Hickelhelm**<br>**PO Box 234**<br>**Stilwell, OK 74960** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **$300.00** |
| ACCT #:<br>**William Orendorff**<br>**206 North Oak**<br>**Sallisaw, OK 74955** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Refund**<br>REMARKS: | | | | **Unknown** |

Sheet no. _____18_____ of _____18_____ continuation sheets attached to                    Subtotal >                    **$5,455.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >                    **$238,630.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Town Of Moffett**                                    Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re **Town Of Moffett**                                        Case No. _____
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re  **Town Of Moffett**                                     Case No. _____
                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ ***Chairman of the Board of Trustees*** _____ of the _____ **Municipality** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **37** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **10/22/2009** _____          Signature __ **/s/ Kathy Luper** _____
                                                                            ***Kathy Luper***
                                                                            ***Chairman of the Board of Trustees***
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §§ 152 and 3571.*

IN RE:  **Town Of Moffett**                                         CASE NO

CHAPTER    9

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$0.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/22/2009** | **/s/ Chris W. Blankenship** |
| *Date* | *Chris W. Blankenship*    Bar No. 13572 |
| | Blankenship Law Offices, PC |
| | P.O. Box 69 |
| | Stigler, OK 74462 |
| | Phone: (918) 967-8542 / Fax: (918) 967-5018 |

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA
## OKMULGEE DIVISION

IN RE:  **Town Of Moffett**                                    CASE NO

                                                              CHAPTER    9

## VERIFICATION OF MAILING LIST

___X_____     Original


_____     Amendment


    I hereby certify under pendalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

    I further acknowledge that (1) the accuracy and completeness is preparing the creditor listing are the shared responsiblility of the debtor and the debtor's counsel, (2) the court will rely on the creditor listing for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.


Official Mailing Matrix submitted via:


(a)  _____  Computer diskette(s)/CD ROM listing a total of _____ Creditors; or


(b)  __X___ uploaded to Electronic Case Filing System listing a total of _____ Creditors.


Date  10/22/2009 _____          Signature  _/s/ Kathy Luper_____
                                                         **Kathy Luper**
                                                         **Chairman of the Board of Trustees**


Date _____          Signature _____

Action Radio & Cell
7611 S Orange Blossom Trail, #220
Orlando, FL 32809


Affordable Wiping Rags & Cloths
PO Box 1491
Simpsonville, SC 29681-2824


AFNI, Inc.
Attn:  DP Recovery
PO Box 3427
Bloomington, IL 61702


Alltel Communications
Bldg 4, 5th Floor
One Allied Dr
Little Rock, AR 72202


American Aluminum Accessories
3291 US 19 South
Perry, FL 32347


Angela Hill
Attn:  Frank
4051 Highway 375 West
Mena, AR 71953


AT&T Wireless
PO Box 8212
Aurora, IL 60572-8212


AWA Collections
PO Box 6605
Orange, CA 92863-3690


Barry Saltus
500 Sequoyah Trail
Norman, OK 73071

Bill Ed Rogers
129 East Choctaw
Sallisaw, OK 74955


Billy G Roberts, Registered Agent
Route 2, Box 4086
Roland, OK 74954


Bryan Yandell
PO Box 191
Moffett, OK 74946


Caine & Weiner Global Finance
1941 Bishop Lane #662
Louisville, KY 40218


Carl Piersant
20603 State Highway #83
Howe, OK 74940


Carl Piersant Sr
Estate of Ruby Piersant
Homer Arry Road
Howe, OK 74940


Charles Tucker
901 N Albert Pike
Fort Smith, AR 72901


Charles Tucker
3702 N 37th Street
Fort Smith, AR 72901


Cheyenne Gentlemens Club
PO Box 1185
US Highway 64
Roland, OK 74954

Chris Gossett
RR 2 Box 352
Muldrow, OK 74948


Christopher Ledesma
1001 South O Street
Fort Smith, AR 72901


CompSource Oklahoma
PO Box 53505
Oklahoma City, OK 73152-3505


Craig Tirey
300 Will Hollow Trail
Edmond, OK 73003


Crystal Wymore
926 Clifton Court
Fort Smith, AR 72903


CST Co / CMI
PO Box 224768
Dallas, TX 75247


Dan George
PO Box 740
1015 B Redwood
Sallisaw, OK 74955


DCM Services LLC
4150 Oldon Memorial Hwy Ste 200
Minneapolis, MN 55422-4811


DCS Communications
6637 Old Harrison Lane
Fort Smith, AR 72916-9299

Dell Inc
One Dell Way
Bldg 1, MS 8052
Round Rock, TX 78682


Derek Tinson
1417 North 19th Street
Fort Smith, AR 72904


Donnie & Sherry Yardell
PO Box 147
Moffett, OK 74946


Edwards Auto Parts
PO Box 884
Roland, OK 74954


Elena Valderas/Hugo
3908 Bradley
Fort Smith, AR 72904


Enterprise Rent-a-Car Leasing
5604 South 14th
Fort Smith, AR 72901


Estate of Billy D. Yandell
PO Box 191
Moffett, OK 74946


First Goverment Leasing Company
PO Box 59339
Chicago, IL 60659


First Government Lease Co
Marty Michonski
6551 North Kenton
Lincolnwood, IL 60712

First National Bank of Sallisaw
1720 East Cherokee
Sallisaw, OK 74955


First National Bank of Sallisaw
100 East Ray Fine Blvd
Roland, OK 74954


Focus Receivable Managment
1130 Northchase Parkway, Ste
Marietta, GA 30067


Ford Motor Credit
PO Box 55000 Dept 55953
Detroit, MI 48255-0953


Frank Sullivan III
3015 Danask LW
Alma, AR 72921


Full Circle
PO Box 1308
Roland, OK 74954


GC Services
6330 Gulfton
Houston, TX 77081-0000


GE Money Bank
PO Box 105985
Atlanta, GA 30348


GE Money Bank / Lowes
PO Box 530970
Atlanta, GA 30353-0970

```
Gean Gean & Gean
511 Garrison Avenue
Fort Smith, AR 72901


Harry Scoufos, IV
Attorney at Law
PO Box 787
Sallisaw, OK 74955


Home Depot Citibank
PO Box 530919, Dept. 51
Atlanta, GA 30353-0919


Hugh Teague
Rt 1 Box 148-C
Sallisaw, OK 74955


Imprimatur Press
1349 Empire Central Drive, Ste LB 37
Dallas, TX 75247


Inland Finance Company
PO Box 1323
Des Moines, IA 50305-1323


Internal Revenue Service
Special Procedures Staff
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Special Procedures Staff
55 North Robinson, Stop 5024
Oklahoma City, OK 73102-0000


James J Wadkins
Attn:  Frank Sullivan III
3015 Danask Lane
Alma, AR 72921
```

Jason Gilkey
Attn:  Frank Sullivan III
615 North 30th Street
Fort Smith, AR 72901


Jason Honeycutt
dba Hatpack
PO Box 58
Moffett, OK 74946


Joel Sedalco
84 Crumley Street
Guymon, OK 73942


Joseph Woodard
4118 North 50th Apt 15
Fort Smith, AR 72903


Karen Philpot
PO Box 991
Sallisaw, OK 74955


Kendrix D Cox
Attn:  Frank Sullivan III
2703 Carr Circle
Newport, AR 72112


Keri Horn
7601 South 225th E Ave
Broken Arrow, OK 74014


Keys Wrecker
Route 1 Box 698
Roland, OK 74954


Kimberly Ann Smith
PO Box 112
Booneville, AR 72927

```
Lana Lambrousse
Attn:  Dan George
4901 St Andrews Way, Apt 19
Booneville, AR 72927


Lee Langston
540 East 8th Street
Waldron, AR 72958


Lesa Qualls
901 North Albert Pike
Fort Smith, AR 72901


Lorenzo Shade
707 South Chestnut
Sallisaw, OK 74955


Lowe's Commercial Services
PO Box 530970
Atlanta, GA 30353-0970


Melissa R Davis
7237 North State Hwy 23
Magazine, AR 72943


Miranda Holderfield
15501 Monarch Lane
Edmond, OK 73013


NCO Financial
23221 East La Pama Avenue
Fort Smith, AR 72901


Nikki D. Fuller
1400 North Grand Avenue
Tahlequah, OK 74464
```

Nolvin Diaz
4616 Jenny Lind, #25
Fort Smith, AR 72901


Oklahoma Criminal Justice Resource Cntr
3812 North Santa Fe, Ste 290
Oklahoma City, OK 73118


Oklahoma Department of Env Quality
PO Box 1677
Oklahoma City, OK 73101-1677


Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039


Oklahoma Municipal Assurance Group-OMAG
4130 North Lincoln Blvd
Oklahoma City, OK 73105-5209


Oklahoma Tax Commission
Bankruptcy Section
General Counsel's Office
120 North Robinson, Ste 2000
Oklahoma City, OK 73102

Oklahoma Tax Commission
440 South Houston, Suite 501B
Tulsa, OK 74127-0000


Padco, Lease Corp
100 West Monroe, Ste 706
Chicago, IL 60603


Patrick Drake
809 North After Avenue
Broken Arrow, OK 74012

Paymasters Inc
1311 Fort Street, Ste A
Barling, AR 72923


PEI Communications
6007 South 31st Street
Fort Smith, AR 72908


Premier Magnetics
PO Box 876913
Kansas City, MO 64187-6913


Pro Consulting Services Inc
PO Box 66768
Houston, TX 77266-6768


PRXYBYSZ & Associates CPA
3808 Jenny Line Road
Fort Smith, AR 72901


Rebecca Ann Sykes
Route 2, Box 7007
Muldrow, OK 74948


Recovery Management Systems Corp
25 SE 2nd Ave, Ste 1120
Miami, FL 33131


Richard I Atlas PC
PO Box 894
Glenview, IL 60025-0894


Richard Lindsey
113 Cherokee Blvd
Roland, OK 74954

Robert B Traub
1500 Portage Run
Glenview NAS, IL 60026

Robert Inglish
Inglish & Gaither
PO Box 130
Okmulgee, OK 74447-0130

Robert K Pratt
Fabian & Associates Inc PC
Court Plaza Bldg, Ste 700
228 Roberts Kerr
Oklahoma City, OK 73102

Robert Yandell
PO Box 191
Moffett, OK 74946

Roberts Salvage Inc
PM Box 83
Moffett, OK 74946

Roll Off Service
c/o Scott Waddell
PO Box 1157
Lowell, AR 72745

Roll Off Service
PO Box 1700
Lowell, AR 72745

Samuel Houston
5223 East Highway 45
Fort Smith, AR 72901

Sandi Peirsant
20603 State Highway #83
Howe, OK 74940

Sandra Teague
PO Box 1179
Roland, OK 74954


Shawn Billy Joe Rogers
1711 South Jackson
Fort Smith, AR 72901


Siharath Khamsonl
3801 Wirsing Avenue
Fort Smith, AR 72904


Social Security Administration
Metro West
PO Box 330221
Baltimore, MD 21290-0221


Sprint
PO Box 219554
Kansas City, MO 64121-9554


Stephen L. Ramm
825 South Kerr Blvd, Ste 84
Sallisaw, OK 74955


Sullivan & Sullivan PLLC
PO Box 768
Sallisaw, OK 74955


Supreme Printing & Stationery
6954 East 13th Street
Tulsa, OK 74112


Tape Resources Inc
1236 B Baker Road
Virginia Beach, VA 23455-3602

```
The Transmission Shop
PO Box 332
Gans, OK 74936-0332



Time Stripping Inc
PO Box 1236
Van Buren, AR 72957



Timmy Nibleit
215 North 15th Street
Van Buren, AR 72956



Titan Industrial
Box 791-CC
Travelers Rest, SC 29690



Todd R Blanton
Attn:  Frank Sullivan III
Route 1, Box 1168
Roland, OK 74954



United Collection Bureau Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614



Vance Hickelhelm
PO Box 234
Stilwell, OK 74960



William Orendorff
206 North Oak
Sallisaw, OK 74955
```

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA
## OKMULGEE DIVISION

IN RE:  **Town Of Moffett**                                          Case No.

Chapter        9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Special Procedures Staff<br>PO Box 21126<br>Philadelphia, PA 19114 | | Taxes | | **$186,000.00** |
| First Government Lease Co<br>Marty Michonski<br>6551 North Kenton<br>Lincolnwood, IL 60712 | | Lease to Own | | **$177,030.00**<br><br>**Value: $0.00** |
| Rebecca Ann Sykes<br>Route 2, Box 7007<br>Muldrow, OK 74948 | | Law Suite | | **$125,000.00** |
| Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel's Office<br>120 North Robinson, Ste 2000<br>Oklahoma City, OK 73102 | | Taxes | | **$25,000.00** |
| Social Security Administration<br>Metro West<br>PO Box 330221<br>Baltimore, MD 21290-0221 | | Taxes | | **$18,875.00** |
| CompSource Oklahoma<br>PO Box 53505<br>Oklahoma City, OK 73152-3505 | | Deficiency | | **$16,890.00** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA
## OKMULGEE DIVISION

IN RE:  **Town Of Moffett**                              Case No.

Chapter    9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AWA Collections<br>PO Box 6605<br>Orange, CA 92863-3690 | | Credit Card | | **$16,185.00** |
| Home Depot Citibank<br>PO Box 530919, Dept. 51<br>Atlanta, GA 30353-0919 | | Credit Card | | **$14,890.00** |
| First National Bank of Sallisaw<br>1720 East Cherokee<br>Sallisaw, OK 74955 | | Lease Purchase | | **$8,965.00**<br>**Value: $0.00** |
| Bryan Yandell<br>PO Box 191<br>Moffett, OK 74946 | | Loan | | **$7,500.00** |
| Roll Off Service<br>c/o Scott Waddell<br>PO Box 1157<br>Lowell, AR 72745 | | Services | | **$5,830.00** |
| Lowe's Commercial Services<br>PO Box 530970<br>Atlanta, GA 30353-0970 | | Credit Card | | **$4,905.00** |
| Titan Industrial<br>Box 791-CC<br>Travelers Rest, SC 29690 | | Trade Debt | | **$4,850.00** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA
## OKMULGEE DIVISION

IN RE: **Town Of Moffett**                                                    Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Caine & Weiner Global Finance<br>1941 Bishop Lane #662<br>Louisville, KY 40218 | | Trade Debt | | **$4,760.00** |
| NCO Financial<br>23221 East La Pama Avenue<br>Fort Smith, AR 72901 | | Collection | | **$4,560.00** |
| Inland Finance Company<br>PO Box 1323<br>Des Moines, IA 50305-1323 | | Trade Debt | | **$3,540.00** |
| Sprint<br>PO Box 219554<br>Kansas City, MO 64121-9554 | | Services | | **$3,525.00** |
| Dell Inc<br>One Dell Way<br>Bldg 1, MS 8052<br>Round Rock, TX 78682 | | Credit Card | | **$3,205.00** |
| Oklahoma Criminal Justice Resource Cntr<br>3812 North Santa Fe, Ste 290<br>Oklahoma City, OK 73118 | | Services | | **$1,780.00** |
| Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | | Taxes | | **$1,765.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

IN RE:   **Town Of Moffett**                                                    Case No.

                                                                                Chapter        9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chairman of the Board of Trustees**_____ of the _____**Municipality**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:___**10/22/2009**_____          Signature:__**/s/ Kathy Luper**_____

                                                                        ***Kathy Luper***
                                                                        **Chairman of the Board of Trustees**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

IN RE:                                                    CHAPTER    **9**

**Town Of Moffett**


DEBTOR(S)                                              CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chairman of the Board of Trustees**_____ of the _____**Municipality**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**10/22/2009**_____          Signature:__**/s/ Kathy Luper**_____
                                                                                    *Kathy Luper*
                                                                                    **Chairman of the Board of Trustees**