**Dated: October 23, 2009**
**The following is ORDERED:**



*Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re:

Town of Moffett                                  Case No. 09-81814
73-1230172                                       Chapter 9

      Debtor.

**NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9,
NOTICE OF AUTOMATIC STAY, NOTICE OF TIME FOR
FILING OBJECTIONS TO THE PETITION, ORDER FOR RELIEF,
NOTICE OF TIME FOR FILING PROOFS OF CLAIM AND RELATED
ORDERS COMBINED WITH NOTICE THEREOF**

TO: The Debtor, Creditors, Special Taxpayers and Other Parties in Interest:

      IT IS ORDERED that the Debtor shall give immediate notice of the following to the parties in interest and shall publish notice of the commencement of the case and notice of the order of relief required by 11 U.S.C. Section 923 and shall file with the Court proofs of publication not later than ten (10) days after the last publication.

      IT IS FURTHER ORDERED that the last publication of the notice of commencement and notice of the order of relief shall be not less than fifteen (15) days prior to the last day to file objections to the petition.

      IT IS FURTHER ORDERED that the Debtor shall file with the Court proof of service by mail at least three (3) business days before the last date for filing objections to the petition.

      IT IS FURTHER ORDERED that all publications required pursuant to 11 U.S.C. Section 923 shall be made in the *Wall Street Journal, Southwestern Times Record, Fort Smith, AR* and *The Vian Tenkiller News, Vian OK*.

      EOD 10/23/09 by cc

IT IS FURTHER ORDERED and notice is hereby given of:

1. **Notice of commencement of a case under Chapter 9.** A case under Chapter 9 of the Bankruptcy Code was commenced by the filing of the petition by the Debtor named above on October 22, 2009.

2. **Notice of automatic stay.** The filing of the petition operates as a stay applicable to all entities of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against an office or inhabitant of the Debtor that seeks to enforce a claim against the Debtor, and the enforcement of a lien on or arising out of taxes or assessments owed to the Debtor, and certain other acts and proceedings against the Debtor and its property as provided in U.S.C. Section 362 and Section 922.

3. **Notice of time for filing objection to the petition.** Objections to the petition may be filed by a party in interest not later than forty-five (45) days after the mailing of this notice by the Debtor to all creditors, special taxpayers and other parties in interest. 11 U.S.C. Section 921(c). Objections shall be filed with the Clerk, U.S. Bankruptcy Court for the Eastern District of Oklahoma, and a copy of objections shall be mailed to the attorney for the Debtor. All objections shall state the facts and legal authorities in support of such objections. If any timely objections are filed with the Court, the Court will order the objecting party to give proper notice to all parties in interest of the hearing on the objections.

4. **Order for Relief.** The filing of the petition constitutes an order for relief under Chapter 9 and this notice shall be deemed notice of such order for relief. 11 U.S.C. Section 901 and Section 301. **The filing of an objection to Debtor's petition shall be deemed to constitute a motion to vacate the order for relief,** and the Court shall proceed as follows: After notice by the objecting party and a hearing, it may dismiss the petition, subject to 11 U.S.C. Section 921(e), if the Debtor did not file the petition in good faith or if the petition does not meet the requirement of Chapter 9 Title 11, U.S.C.

5. **Notice of time for filing Proofs of Claim.** The Debtor has filed or will file a list of claims. Any creditor holding a listed claim which is not disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim on or before a date to be fixed by the Court or by any applicable claims bar date. Any creditor who desires to rely on the list has the responsibility for determining that the claim is accurately listed.

6. **Notices.** All notices required by subdivisions (a)(2), (3) and (6) of Rule 2002, Fed. R. Bankr. P. shall be mailed only to the committee(s) or to their authorized agents and to the creditors who file with the Court a request for all notices to be mailed to them.

Attorney for Debtor:
Chris Blankenship
P.O. Box 69
Stigler, OK 74462
918-967-8542

###