IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)  Case No.: 09-81814
Town of Moffett )  Chapter: 9
)
DEBTOR(S) )

## MOTION TO MODIFY ORDER AND NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9, NOTICE OF AUTOMATIC STAY, NOTICE OF TIME FOR FILING OBJECTIONS TO THE PETITION, ORDER FOR RELIEF, NOTICE OF TIME FOR FILING PROOFS OF CLAIM AND RELATED ORDERS COMBINED WITH NOTICE THEREOF AND MOTION TO EXTEND TIME REGARDING NOTICES, PLEADINGS, CLAIMS AND/OR OBJECTIONS

Comes now the Debtor, Town of Moffett, Oklahoma, and requests this court modify it's order dated October 23, 2009 In support of debtor's motion debtor would submit the following:

1. On or about the 6th day of December, 2006 the Town of Moffett's Mayor, Billy Yandell, of approximately ten (10) years suddenly died of heart failure. Subsequent to the Mayor's death the town's board of trustees discovered the Mayor had incurred, on behalf of the town, more debt than the board knew or should have known about. Much of the subject debt had been incurred without the approval and authority of the board.

Debtor, Town of Moffett, is without sufficient assets to comply with the Court's order requiring publications pursuant to 11 U.S.C. Section 923 to be made in the Wall Street Journal, Southwestern Times Record, Fort Smith, Arkansas and The

Vian Tenkiller News, Vian, OK. Publishing as required in the subject Order creates an undue hardship upon debtor, Town Of Moffett, due to the substantial expense required by these Publications as follows: Wall Street Journal = $44851.80 ( please see attached Exhibit "A"); Southwestern Times Record $1,559.25 (Please see attached Exhibit "B"). Debtor, Town of Moffett, has implemented the publication notice regarding The Vian Tenkiller News beginning the week of November 18th, 2009 at a cost of $381.17 which amount represents approximately 99% of the debtor's remaining monetary assets.

2. Debtor, Town of Moffett, further submits that it has no outstanding bonds and has never had outstanding bonds. Therefore, Section 923 notice can be accomplished without publishing notice in the Wall Street Journal and the Southwestern Times Record.

THEREFORE, debtor, Town of Moffett, requests this court enter an order designating the Vian Tenkiller News as the only publication necessary to implement the Section 923 notice requirements and extend any deadlines which the court deems necessary and just.

Respectfully Submitted,

/s/Chris W. Blankenship
Chris W. Blankenship, OBA#13572
P. O. Box 69
Stigler, Oklahoma 74462
(918) 967-8542
Attorney for Debtor, Town of Moffett



**RE: Publishing a Legal Ad**

From: "Ostenson, Erin" <Erin.Ostenson@wsj.com>
To: "Chris Blankenship" <chrisblankenship1@sbcglobal.net>

Friday, November 13, 2009 5:44 PM

Tina,

Thank you for your email. We created a rough proof of the ad for the purpose of obtaining size estimate. The version we designed used 6 point font and included a border; the finished size of this ad is 2 columns wide x 5 inches tall. The Global cost is $14,950.60 per day and the National cost is $13,413.40 per day.

If you choose to run the larger version (2 columns x 6.5 inches) you mentioned in your original request, the Global cost is $19,435.78 per day and the National cost is $17,437.42 per day. To clarify, the Global edition includes the US, Europe and Asia while the National edition covers only the US.

Please take a look at these two options and let me know which direction you prefer. Once you know that, I can create a proof of the ad and provide you with a detailed cost estimate and circulation details. If you have questions in the meantime, please don't hesitate to contact me.

Thank you,
Erin

Erin Ostenson | The Wall Street Journal.
Legal Notice Advertising
office 214.640.7939 | fax 214.640.7991
erin.ostenson@wsj.com
www.wsj.com/legalnotices

Business is Changing. So are We.



PLAINTIFF'S EXHIBIT A

# Advertising Receipt

**Times Record**
P.O. Box 1359
Fort Smith, AR 72902

Phone: (479)785-7711
Fax: (479)785-7741

BLANKENSHIP LAW OFFICES
CHRIS BLANKENSHIP
PO BOX 69
STIGLER , OK 74462

Acct #: 43135499
CJ #: 13389
Ad #: 00451072
Phone: (918)967-8542
Date: 11/16/2009

Ad taker: H    Salesperson: M    Classification: 0201    Cust Type:    Ad Type: lg

Ad Notes:

| Description | Start | Stop | Ins. | Cost/Day | Total |
|---|---|---|---|---|---|
| 01 Times Record | 11/17/2009 | 11/19/2009 | 3 | 519.75 | 1559.25 |

Payment Reference:

Total: 1559.25
Tax: 0.00
Net: 1559.25
Prepaid: 0.00

Total Due 1559.25

PLAINTIFF'S EXHIBIT
B



**Legal cost**    Tuesday, November 17, 2009 8:27 AM

From: "Amie Remer" <amie@bigbasinllc.com>
To: chrisblankenship1@sbcglobal.net

Chris-
Here is the cost of the legal for Town of Moffett to run three consecutive weeks in the Vian Tenkiller News: $381.17. Run dates are 11/18, 11/25 and 12/2/09.
Thanks,
Amie

--

Amie Cato Remer
Editor
Vian Tenkiller News
Eastern Times Register



Case: 09-81814    Doc #: 17    Filed: in USBC ED/OK on 11/20/09    Page 5 of 5