**Dated: February 09, 2010**

**The following is ORDERED:**



*Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re:

Town of Moffett                                      Case No. 09-81814-TRC
                                                     Chapter 9

       Debtor.

### ORDER

TO:    Chris Blankenship
        Office of the U.S. Trustee

RE:    Status of Case

The Debtor is directed to file a Disclosure Statement and Chapter 9 Plan no later than April 12, 2010, pursuant to 11 U.S.C. §§901(a), 1125(b); Fed. R. Bankr. P. 3016.

###

Case: 09-81814   Doc #: 33   Filed: in USBC ED/OK on 02/09/10   Page 1 of 1
EOD: 02/9/10 by cc