**Dated: December 9, 2011**

**The following is ORDERED:**



*TOM R. CORNISH*
*UNITED STATES BANKRUPTCY JUDGE*

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

Town of Moffett                                     Case No. 09-81814-TRC
300 Grand Ave.                                       Chapter 9
Moffett, OK 74946

                                Debtor.

## ORDER CONFIRMING CHAPTER 9 PLAN FOR
## ADJUSTMENT OF THE MUNICIPALITY'S DEBTS

On the 7th day of December, 2011, the Debtors' Chapter 9 Plan for Adjustment of the Municipality's Debts came before the Court for hearing. An appearance was entered at the hearing by Chris W. Blankenship on behalf of the Debtor.

The Chapter 9 Plan having been properly transmitted to creditors together with a copy of the Disclosure Statement approved by this Court on October 20, 2011; and

Ballots having been introduced into evidence and the announcement made that no objections to confirmation have been filed; and

It having been determined after notice and hearing, and based upon the representation of counsel, that the requirements for confirmation of the plan set forth in 11 U.S.C. § 943 and the relevant

sections of 11 U.S.C. § 1129 (a) and (b) have been satisfied;

IT IS ORDERED THAT the Chapter 9 Plan for Adjustment of the Municipality's Debts filed by the Debtor on September 1, 2011, is **confirmed**.

A copy of the confirmed Plan is attached.


cc                                                                                             ###